CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 28 2011

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARMAND A. CLARK, | ) |
| Plaintiff, | ) Civil Action No. 7:11cv00069 |
| v. | ) **DISMISSAL ORDER** |
| POCAHONTAS CORRECTIONAL CENTER, et al., | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendants. | ) |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A.

**ENTER:** February 28, 2011.

_____
UNITED STATES DISTRICT JUDGE